USCA1 Opinion

 

 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT FOR THE FIRST CIRCUIT _________________________ No. 97-1801 HUMBERTO TORRES, Plaintiff, Appellant, v. ELI LILLY AND COMPANY, INC., ET AL., Defendants, Appellees. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Daniel R. Dominguez, U.S. District Judge] ___________________ _________________________ Before Selya, Stahl and Lynch, Circuit Judges. ______________ _________________________ Rosa M. Nogueras de Gonzalez for appellant. ____________________________ Carl Schuster, with whom Carlos R. Paula and Schuster Usera _____________ _______________ ______________ Aguilo & Santiago were on brief, for appellees. _________________ _________________________ December 10, 1997 _________________________ Per Curiam. We have carefully reviewed the record on Per Curiam. __________ appeal and fully considered the points advanced by the plaintiff (both in his briefs and at oral argument). In the end, we find these appeals to be so utterly lacking in merit that further comment would be gratuitous. It suffices to say that the district court was amply justified in granting the defendants' motion for summary judgment for the reasons expressed in that court's thoughtful rescript. See Torres v. Eli Lilly and Co., ___ ______ __________________ Civ. No. 95-1042 (DRD) (D.P.R. March 20, 1997) (unpublished). We add only that the plaintiff's counsel is fortunate that the district court did not choose to invoke the provisions of Fed. R. Civ. P. 11 and/or 28 U.S.C. 1927. We need go no further. The judgment is summarily Affirmed. See 1st Cir. R. 27.1. Affirmed. ________ ___ 2